March 16, 2015

RE: CAUSE #6,112 - APPEAL

AS PER OUR TELEPHONE CONVERSATION ON MARCH 16, 2015. PLEASE CONSIDER THIS MY FORMAL REQUEST FOR PERMISSION TO FILE APPEAL IN PAPER FORM. E-FILING IN PROCESS BUT NOT MANDATED UNTIL JULY 2016.
THANK YOU FOR YOUR CONSIDERATION.

SYLVIA SANTOS, CHIEF DEPUTY CLERK

## Dora Martinez-Castanon
### Zapata County District Clerk
200 E. 7th Ave., Suite 119
Zapata, Texas 78076
Office: (956) 765-9930 / Fax: (956) 765-9931

| Sylvia V. Santos | Irene Morales | Elva A. Garcia |
|---|---|---|
| Chief Deputy | Deputy Clerk | Deputy Clerk |

**Date:** March 16, 2015

**Fax To:** LUZ

**Fax #:** 210-335-2762

**From:** SYLVIA

**Total Number of Pages: 2 including cover page**

**Memo:** _____

_____

_____

*If we can be of further help, please feel free to call the above listed number.*